**ROBERT J. ROSATI, #112006**
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795
e-mail:rosatilaw@aol.com

Attorney for Plaintiff, ROBERT SPELLMAN

**KURT A. KAPPES, #146384**
**TIMOTHY NELSON, #235279**
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA  95814-4428
Telephone: 916-448-0159
Facsimile: 916-558-4839

Attorneys for Defendant,
PILLSBURY WINTHROP SHAW PITTMAN LLP HEALTH AND WELFARE PLAN, successor to PILLSBURY, MADISON & SUTRO GROUP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SPELLMAN,   )<br>  )<br>        Plaintiff,   )<br>v.   )<br>  )<br>PILLSBURY, MADISON & SUTRO GROUP   )<br>LONG TERM DISABILITY PLAN,   )<br>  )<br>        Defendant.   )<br>_____ ) | Case No.:   2:08-cv-00140-FCD-KJM<br><br><br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE,**<br>**PURSUANT TO FED. R. CIV. P. 41(a)** |

Plaintiff, Robert Spellman and defendant, Pillsbury, Withrop Shaw Pittman LLP Health and

Welfare Plan, successor to Pillsbury, Madison & Sutro Long Term Disability Plan, by and through

---

STIPULATION AND ORDER FOR  DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)
1

their respective attorneys have reached a resolution of this matter.  The parties agree to dismiss it in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

Dated: September 15, 2008                    s/ Robert J. Rosati
                                             Robert Rosati,
                                             Attorney for Plaintiff,
                                             ROBERT SPELLMAN


Dated: September 15, 2008                    s/ Kurt A. Kappes
                                             KURT A. KAPPES
                                             TIMOTHY NELSON
                                                 Attorneys for Defendant,
                                             PILLSBURY WINTHROP SHAW
                                             PITTMAN LLP HEALTH AND
                                             WELFARE PLAN, successor to
                                             PILLSBURY, MADISON & SUTRO
                                             GROUP LONG TERM DISABILITY
                                             PLAN


**IT IS SO ORDERED.**

Dated:  September 15, 2008                   _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE